# ORIGINAL

| F TENNESSEE<br>·ICIAL DISTRICT<br>CHANCERY COURT | SUMMONS | CASE FILE NUMBER<br>18-710-III |
|---|---|---|
| **PLAINTIFF**<br>Premier Global Production, Inc | **DEFENDANT**<br>Basis Live, LLC, Basis Marketing, Inc., Dave Dewaard, Gary Dewaard, and Andrew Thompson | |

**TO:** (NAME AND ADDRESS OF DEFENDANT)

Basis Live, LLC
Registered Agent: Gary Dewaard
516 S Clark Street
Forest City, IA 50436

Method of Service:

☐ Certified Mail
☐ Davidson Co. Sheriff
☐ *Comm. Of Insurance
☐ *Secretary of State
☐ *Out of County Sheriff
☑ Private Process Server
☐ Other

List each defendant on a separate summons.   *Attach Required Fees

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br>G. Kline Preston, IV  #17141<br>Kline Preston Law Group<br>4515 Harding Pike, Suite 107<br>Nashville, TN 37205<br>615-279-1619 | FILED, ISSUED & ATTESTED<br>JUN 2 8 2018<br>MARIA M. SALAS, Clerk and Master<br>By:  1 Public Square<br>Suite 308<br>Nashville, TN 37201<br>Deputy Clerk & Master |
|---|---|

## NOTICE OF DISPOSITION DATE

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED** |
|---|---|
|  | **Sheriff** |

***Submit one original plus one copy for each defendant to be served.

♦ADA Coordinator, Maria M. Salas (862-5710)

## RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows: (Name of Party Served) _____

☐ Served _____  ☐ Not Found _____
☐ Not Served _____  ☐ Other _____

| DATE OF RETURN: | By: |
|---|---|
|  | Sheriff/or other authorized person to serve process |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to the defendant _____. On the _____ day of _____, 20___, I received the return receipt, which had been signed by _____ on the _____ day of _____, 20___.
The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____, 20___. Signature of ____ Notary Public or ____ Deputy Clerk | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |
|---|---|
| My Commission Expires: | |
| **NOTICE OF PERSONAL PROPERTY EXEMPTION** | |
| TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.<br><br>Mail list to: Clerk & Master<br>1 Public Square<br>Suite 308<br>Nashville TN 37201<br><br>Please state file number on list. | ATTACH RETURN RECEIPT HERE (IF APPLICABLE) |

## CERTIFICATION (IF APPLICABLE)

| I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case. | MARIA M. SALAS, Clerk & Master<br><br>By:<br>                               D.C. & M. |
|---|---|

| STATE OF TENNESSEE<br>20ᵀᴴ JUDICIAL DISTRICT<br>CHANCERY COURT | SUMMONS | CASE FILE NUMBER<br>18-710-III |
|---|---|---|
| **PLAINTIFF**<br>Premier Global Production, Inc | **DEFENDANT**<br>Basis Live, LLC, Basis Marketing, Inc., Dave Dewaard, Gary Dewaard, and Andrew Thompson | |

| TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Basis Marketing, Inc.<br>Registered Agent: Steven R. Bakke<br>150 N Clark Street<br>Forest City, IA 50436<br><br>List each defendant on a separate summons. | Method of Service:<br><br>☐ Certified Mail<br>☐ Davidson Co. Sheriff<br>☐ *Comm. Of Insurance<br>☐ *Secretary of State<br>☐ *Out of County Sheriff<br>☑ Private Process Server<br>☐ Other<br><br>*Attach Required Fees |
|---|---|

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br>G. Kline Preston, IV #17141<br>Kline Preston Law Group<br>4515 Harding Pike, Suite 107<br>Nashville, TN 37205<br>615-279-1619 | **FILED, ISSUED & ATTESTED**<br><br>JUN 2 8 2018<br><br>MARIA M. SALAS, Clerk and Master<br>By: 1 Public Square<br>Suite 308<br>Nashville, TN 37201<br><br>Deputy Clerk & Master |
|---|---|

**NOTICE OF DISPOSITION DATE**

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED** |
|---|---|
| | **Sheriff** |

***Submit one original plus one copy for each defendant to be served.

♦ADA Coordinator, Maria M. Salas (862-5710)

| RETURN ON SERVICE OF SUMMONS ||
|---|---|
| I hereby return this summons as follows: (Name of Party Served) _____ ||
| ☐ Served _____<br>☐ Not Served _____ | ☐ Not Found _____<br>☐ Other _____ |
| DATE OF RETURN: | By: _____<br>Sheriff/or other authorized person to serve process |

| RETURN ON SERVICE OF SUMMONS BY MAIL ||
|---|---|
| I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to the defendant _____. On the _____ day of _____, 20___, I received the return receipt, which had been signed by _____ on the _____ day of _____, 20___. ||
| The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master. ||
| **Sworn to and subscribed before me on this** _____ **day of** _____, 20___.<br>Signature of _____ Notary Public or _____ Deputy Clerk<br><br>My Commission Expires: | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):
Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to:  Clerk & Master
1 Public Square
Suite 308
Nashville TN 37201

Please state file number on list.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

| CERTIFICATION (IF APPLICABLE) ||
|---|---|
| I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case. | MARIA M. SALAS, Clerk & Master<br><br>By: _____<br>D.C. & M. |

# ORIGINAL

| STATE OF TENNESSEE<br>20TH JUDICIAL DISTRICT<br>CHANCERY COURT | **SUMMONS** | CASE FILE NUMBER<br>18-710-III |
|---|---|---|
| **PLAINTIFF**<br>Premier Global Production, Inc | **DEFENDANT**<br>Basis Live, LLC, Basis Marketing, Inc., Dave Dewaard, Gary Dewaard, and Andrew Thompson | |

**TO:** (NAME AND ADDRESS OF DEFENDANT)

Mr. Dave Dewaard

Method of Service:
- ☐ Certified Mail
- ☐ Davidson Co. Sheriff
- ☐ *Comm. Of Insurance
- ☐ *Secretary of State
- ☐ *Out of County Sheriff
- ☑ Private Process Server
- ☐ Other

List each defendant on a separate summons.   *Attach Required Fees

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br>G. Kline Preston, IV  #17141<br>Kline Preston Law Group<br>4515 Harding Pike, Suite 107<br>Nashville, TN 37205<br>615-279-1619 | **FILED, ISSUED & ATTESTED**<br>JUN 2 8 2018<br><br>**MARIA M. SALAS, Clerk and Master**<br>By:   1 Public Square<br>Suite 308<br>Nashville, TN 37201<br><br>**Deputy Clerk & Master** |
|---|---|

## NOTICE OF DISPOSITION DATE

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED**<br><br>**Sheriff** |
|---|---|

***Submit one original plus one copy for each defendant to be served.

ADA Coordinator, Maria M. Salas (862-5710)

| RETURN ON SERVICE OF SUMMONS ||
|---|---|
| I hereby return this summons as follows: (Name of Party Served) _____ ||
| ☐ Served _____<br>☐ Not Served _____ | ☐ Not Found _____<br>☐ Other _____ |
| DATE OF RETURN: | By:<br><br>Sheriff/or other authorized person to serve process |
| RETURN ON SERVICE OF SUMMONS BY MAIL ||

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to the defendant _____. On the _____ day of _____, 20___, I received the return receipt, which had been signed by _____ on the _____ day of _____, 20___.

The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| **Sworn to and subscribed before me on this _____ day of _____, 20___.**<br>Signature of ____ Notary Public or ____ Deputy Clerk<br><br><br>My Commission Expires: | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |
|---|---|
| **NOTICE OF PERSONAL PROPERTY EXEMPTION**<br>TO THE DEFENDANT(S):<br>    Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.<br><br>    Mail list to: Clerk & Master<br>                  1 Public Square<br>                  Suite 308<br>                  Nashville TN 37201<br><br>Please state file number on list. | ATTACH<br>RETURN<br>RECEIPT<br>HERE<br>(IF APPLICABLE) |
| **CERTIFICATION (IF APPLICABLE)** ||
| I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case. | MARIA M. SALAS, Clerk & Master<br><br>By:<br>                                  D.C. & M. |

# ORIGINAL

| STATE OF TENNESSEE<br>20TH JUDICIAL DISTRICT<br>CHANCERY COURT | SUMMONS | CASE FILE NUMBER<br>18-710-III |
|---|---|---|
| **PLAINTIFF**<br>Premier Global Production, Inc | **DEFENDANT**<br>Basis Live, LLC, Basis Marketing, Inc., Dave Dewaard, Gary Dewaard, and Andrew Thompson | |

**TO:** (NAME AND ADDRESS OF DEFENDANT)

Mr. Gary Dewaard
516 S Clark Street
Forest City, IA 50436

Method of Service:
☐ Certified Mail
☐ Davidson Co. Sheriff
☐ *Comm. Of Insurance
☐ *Secretary of State
☐ *Out of County Sheriff
☒ Private Process Server
☐ Other

List each defendant on a separate summons.          *Attach Required Fees

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br>G. Kline Preston, IV  #17141<br>Kline Preston Law Group<br>4515 Harding Pike, Suite 107<br>Nashville, TN 37205<br>615-279-1619 | **FILED, ISSUED & ATTESTED**<br>JUN 2 8 2018<br>MARIA M. SALAS, Clerk and Master<br>By:          1 Public Square<br>             Suite 308<br>             Nashville, TN 37201<br>Deputy Clerk & Master |
|---|---|

## NOTICE OF DISPOSITION DATE

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED** |
|---|---|
|  | **Sheriff** |

***Submit one original plus one copy for each defendant to be served.

ADA Coordinator, Maria M. Salas (862-5710)

Case 3:18-cv-00727    Document 1-3    Filed 08/03/18    Page 7 of 10 PageID #: 21

| RETURN ON SERVICE OF SUMMONS | |
|---|---|
| I hereby return this summons as follows: (Name of Party Served) _____ | |
| ☐ Served _____<br>☐ Not Served _____ | ☐ Not Found _____<br>☐ Other _____ |
| DATE OF RETURN: | By: _____<br>Sheriff/or other authorized person to serve process |
| **RETURN ON SERVICE OF SUMMONS BY MAIL** | |

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to the defendant _____. On the _____ day of _____, 20___, I received the return receipt, which had been signed by _____ on the _____ day of _____, 20___.

The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____, 20___.<br>Signature of ____ Notary Public or ____ Deputy Clerk | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |
|---|---|
| My Commission Expires: | |

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):
    Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

    Mail list to: Clerk & Master
                 1 Public Square
                 Suite 308
                 Nashville TN 37201

Please state file number on list.

ATTACH RETURN RECEIPT HERE (IF APPLICABLE)

### CERTIFICATION (IF APPLICABLE)

| I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case. | MARIA M. SALAS, Clerk & Master<br><br>By: _____<br>                         D.C. & M. |
|---|---|



| STATE OF TENNESSEE<br>20ᵀᴴ JUDICIAL DISTRICT<br>CHANCERY COURT | **SUMMONS** | CASE FILE NUMBER<br>18-710-III |
|---|---|---|
| **PLAINTIFF**<br>Premier Global Production, Inc | **DEFENDANT**<br>Basis Live, LLC, Basis Marketing, Inc., Dave Dewaard, Gary Dewaard, and Andrew Thompson | |

TO: (NAME AND ADDRESS OF DEFENDANT)

Mr Andrew Thompson
29 Lucido St.
Rancho Mission
Viejo, CA 92694

Method of Service:
☐ Certified Mail
☐ Davidson Co. Sheriff
☐ *Comm. Of Insurance
☐ *Secretary of State
☐ *Out of County Sheriff
☒ Private Process Server
☐ Other
*Attach Required Fees

List each defendant on a separate summons.

YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br>G. Kline Preston, IV #17141<br>Kline Preston Law Group<br>4515 Harding Pike, Suite 107<br>Nashville, TN 37205<br>615-279-1619 | **FILED, ISSUED & ATTESTED**<br>JUN 28 2018<br>MARIA M. SALAS, Clerk and Master<br>By: 1 Public Square<br>Suite 308<br>Nashville, TN 37201<br><br>Deputy Clerk & Master |
|---|---|

**NOTICE OF DISPOSITION DATE**

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED**<br><br><br>**Sheriff** |
|---|---|

***Submit one original plus one copy for each defendant to be served.

♿ADA Coordinator, Maria M. Salas (862-5710)

## RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows: (Name of Party Served) _____

- ☐ Served _____
- ☐ Not Served _____
- ☐ Not Found _____
- ☐ Other _____

| DATE OF RETURN: | By: |
|---|---|
| | Sheriff or other authorized person to serve process |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to the defendant _____ On the _____ day of _____, 20___. I received the return receipt, which had been signed by _____ on the _____ day of _____, 20___.

The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____, 20___. <br><br> Signature of ____ Notary Public or ____ Deputy Clerk <br><br> My Commission Expires: | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process |
|---|---|

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):

Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to: Clerk & Master
1 Public Square
Suite 308
Nashville TN 37201

Please state file number on list.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

## CERTIFICATION (IF APPLICABLE)

| I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case. | MARIA M. SALAS, Clerk & Master <br><br> By: <br><br> D.C. & M. |
|---|---|